FILED
IN OPEN COURT
JUL 23 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:20cr56 |
| | ) | |
| v. | ) | 18 U.S.C. § 2261A(2)(A) |
| | ) | Cyberstalking |
| BROCK BRIAN BEEMAN | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 2261A(2)(B) |
| | ) | Cyberstalking |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 875(c) |
| | ) | Interstate Communications with Intent to |
| | ) | Injure |
| | ) | (Counts 3-5) |
| | ) | |
| | ) | 47 U.S.C. § 223(a)(1)(C) |
| | ) | Anonymous Telecommunications |
| | ) | Harassment |
| | ) | (Count 6) |
| | ) | |
| | ) | 18 U.S.C. §§ 924(d) and 981(a)(1)(C) |
| | ) | Criminal Forfeiture |

**INDICTMENT**

July 2020 Term -- At Norfolk, Virginia

**BACKGROUND**

At all times relevant to this indictment:

1. Defendant, BROCK BRIAN BEEMAN, resided in the Northern District of New York.

2. Ms. A.M. resided in the Eastern District of Virginia.

3. Ms. A.M. does not know nor has ever met BROCK BRIAN BEEMAN.

4. As set forth below, for approximately 39 days, from on or about May 11, 2020 to on or about June 19, 2020, BEEMAN, using various telephone numbers, engaged in a cyberstalking

and interstate threats campaign targeting Ms. A.M.

## HARASSING AND THREATENING COMMUNICATIONS

5. On May 11, 2020, at approximately 12:35 p.m., BEEMAN called Ms. A.M. from a blocked number and left a voicemail. The voicemail stated in part, "get together, hang out, go to dinner…last time we hung out, I ended up cummin inside of you so maybe this time you can cum inside of me…by that I mean my mouth because your pussy was so good…"

6. Minutes later on May 11, 2020, at approximately 12:48 p.m., BEEMAN called Ms. A.M. from a blocked number and left another voicemail. This voicemail berated Ms. A.M. for not answering her cell phone.

7. Approximately ten minutes later on May 11, 2020, at approximately 12:58 p.m., BEEMAN called Ms. A.M. from a blocked number and left a voicemail. BEEMAN made vulgar comments to Ms. A.M. and ended the voicemail by stating in part, "you better switch your ways."

8. Later that evening on May 11, 2020, at approximately 5:48 p.m., BEEMAN, called Ms. A.M. from a blocked number and left a voicemail. BEEMAN stated in part that "I told you if you don't pick up the phone next time I call I'm going to be saying death threats over the answering machine...." He also stated, "I told you I will drive to [Location of A.M.] and teach a lesson, I know you live there…I'm saying threats over the answering machine harm you and your fucking children I'm not playing, I'm not the one to mess with, I will find you, you will not like me…continue this up [Ms. A.M.] and [it] will not end well for you."

9. That same day, BEEMAN continued to call Ms. A.M. from blocked numbers totaling approximately 46 times.

10. As a result of the phone calls Ms. A.M. downloaded Trapcall, a mobile phone

application that can unmask blocked calls.

11. The following day on May 12, 2020, at approximately 6:10 p.m., BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from (518) 846-8309. The voicemail stated in part, "I told you what was going to happen if you don't pick up my phone calls I'm going to drive down to [inaudible] California and slice your fucking throat and gauge your eyeballs out along with your fucking kids' throat and husband's throat." During the voicemail BEEMAN listed A.M.'s current and previous addresses.

12. On May 12, 2020, BEEMAN called Ms. A.M. from blocked numbers approximately two times.

13. On May 13, 2020, BEEMAN called Ms. A.M. from blocked numbers approximately 12 times.

14. On May 14, 2020, at approximately 4:37 p.m., BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from (229) 518-6462. The voicemail stated in part, "bring you motha fuckin sexy ass over here with them 36B titties and those 6 size waist pants… get your ass in the bed, spread that pussy and shove my 10 inch cock in that and let's get'er going come on."

15. On May 17, 2020, BEEMAN called Ms. A.M. from blocked numbers approximately two (2) times.

16. On May 19, 2020, approximately 1:07 p.m., BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from (229) 518-6462. The voicemail stated in part, "get your motha fuckin sexy 36B TIT-TAYS and them 6 size inch panty waist line down here, strip naked in the bed…

let me stick my 10 inch dick in you like good ole times, get you about a quarter cum inside you and then eat it out like the good ole days…" Finally, BEEMAN states in part, "I can just drive down there and do it cuz I know where you live."

17. On May 19, 2020, BEEMAN called Ms. A.M. from a blocked number ten (10) times.

18. On May 21, 2020, BEEMAN called Ms. A.M. from a blocked number approximately two (2) times.

19. On May 24, 2020, BEEMAN called Ms. A.M. from a blocked number approximately 28 times.

20. On May 24, 2020, BEEMAN called Ms. A.M. from a blocked number and left two voicemails. Trapcall unmasked the phone numbers and revealed the phone calls came from (229) 518-6462. The first voicemail stated in part, "so being the cunt that you are…just picked up and hung up huh…I suggest you be very cautious of me…why don't you take that to the cops and play the message for them."

21. The second voicemail BEEMAN left on May 24, 2020, stated in part, "I will drive to your house I will slit your throat and gauge your eyeballs out and fucking kill you, your kids, and your husband if you think I'm joking…take that message to the cops like you did the other one…see you soon you're gonna die."

22. On May 30, 2020, BEEMAN called Ms. A.M. from a blocked number approximately two (2) times.

23. On May 30, 2020, BEEMAN called Ms. A.M. from a blocked number and left a voicemails. Trapcall unmasked the phone number and revealed the phone call came from (229) 518-6462. On the voicemail BEEMAN can be heard singing a song to Ms. A.M.

24. On June 3, 2020, BEEMAN called Ms. A.M. from a blocked number approximately three (3) times.

25. On June 3, 2020, BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from (518) 846-8309. The voicemail was of BEEMAN singing part of the song Everything You Want by Vertical Horizon.

26. On June 5, 2020, BEEMAN called Ms. A.M. from a blocked number approximately six (6) times.

27. On June 5, 2020, BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone numbers and revealed the phone calls came from (229) 518-6462. The voicemail stated in part, "to kill you and cut your fucking throat, and your husbands throat, and your kid's fucking throats…like I said on my previous messages…I'm not fucking playing…I will slice your throat in the middle of the night along with your fucking husbands and your fucking kids do you think I'm fucking joking? I know where you live in Virginia …you wait it's going to come when you least fucking expect it."

28. On June 5, 2020, BEEMAN called Ms. A.M. from a blocked number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from (518) 846-8309. The voicemail was of BEEMAN singing part of the song Everything You Want by Vertical Horizon.

29. On June 19, 2020, BEEMAN called Ms. A.M. from a blocked phone number approximately 13 times.

30. On June 19, 2020 BEEMAN called Ms. A.M. from a blocked phone number and left a voicemail. Trapcall unmasked the phone number and revealed the phone call came from

(229) 518-6462. The voicemail was of BEEMAN singing part of a hip hop song.

**COUNT ONE**

The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1-30 of this Indictment and charges that:

Between on or about May 11, 2020 to on or about June 19, 2020, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BROCK BRIAN BEEMAN, with the intent to injure, harass, and intimidate another person, identified herein as A.M. did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused that placed that person in reasonable fear of death and serious bodily injury to that person, A.M.

(In violation of Title 18, United States Code, Section 2261A(2)(A).)

**COUNT TWO**

The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1-30 of this Indictment and charges that:

Between on or about May 11, 2020 to on or about June 19, 2020, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BROCK BRIAN BEEMAN, with the intent to injure, harass, and intimidate another person, identified herein as A.M. did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to A.M.

(In violation of Title 18, United States Code, Section 2261A(2)(B).)

**COUNT THREE**

The Grand Jury re-alleges and incorporates by reference paragraphs 1-30 of this Indictment and further charges that:

On or about May 12, 2020, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BROCK BRIAN BEEMAN, knowingly and willfully, did, transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing the threat, knowing that it would be interpreted as a threat, specifically the voicemail he left on Ms. A.M's phone as described in paragraph 8 of this indictment.

(In violation of Title 18, United States Code, Section 875(c).)

**COUNT FOUR**

The Grand Jury re-alleges and incorporates by reference paragraphs 1-30 of this Indictment and further charges that:

On or about May 24, 2020, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BROCK BRIAN BEEMAN, knowingly and willfully, did, transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing the threat, knowing that it would be interpreted as a threat, specifically the voicemail he left on Ms. A.M's phone as described in paragraph 21 of this indictment.

(In violation of Title 18, United States Code, Section 875(c).)

**COUNT FIVE**

The Grand Jury re-alleges and incorporates by reference paragraphs 1-30 of this Indictment and further charges that:

On or about June 5, 2020, in Virginia Beach, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, BROCK BRIAN BEEMAN, knowingly and willfully, did, transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing the threat, knowing that it would be interpreted as a threat, specifically the voicemail he left on Ms. A.M's phone as described in paragraph 27 of this indictment.

(In violation of Title 18, United States Code, Section 875(c).)

**COUNT SIX**

The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1-28 of this Indictment and charges that:

From on or about May 11, 2020 to on or about June 19, 2020, within the Eastern District of Virginia and elsewhere, the defendant, made telephone calls, in interstate and foreign communications, without disclosing his identity to abuse, threaten, and harass a person at the called number and who received the communications, specifically, Ms. A.M as described in paragraphs 9, 12, 13, 15, 17, 18, 19, 22, 24, 26, and 29 of this indictment.

(In violation of Title 47 U.S.C. § 223(a)(1)(C).)

**FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. The defendant, if convicted of any of the violations alleged in counts 3 through 5 of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 924(d) and 981(a)(1)(C); Title 28, United States Code, Section 2461.)

*United States v. BEEMAN*, 2:20cr 56

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

______________________________
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: ______________________________
Matthew J. Heck
Special Assistant United States Attorney
United States Attorney's Office
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, Virginia 23510
Office Number: 757-441-3221
Fax Number: 757-441-6689
E-Mail Address – matthew.heck@usdoj.gov