COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
NORFOLK/NEWPORT NEWS DIVISION

**SENTENCING MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 10:00 a.m. | Date: | February 1, 2022 |
| Started: | 10:25 a.m.; 10:49 a.m. | Presiding Judge: | Roderick C. Young, USDJ |
| Ended: | 10:41 a.m.; 11:48 a.m. | Courtroom Deputy: | J. Jones |
| | | Court Reporter: | Jill Trail, OCR |
| | | Law Clerk: | Olamide Fadahunsi |
| | | Probation Officer: | Joshua Coleman |
| Split Time | ( ) | U.S. Attorney: | Randy Stoker, AUSA |
| | | Defense Counsel: | Bill Dinkin (Standby) |
| | | ( ) Retained ( x ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| Case Number: | 2:20cr56 | | |
| USA v. | Brock Brian Beeman | | |

( x )   Matter came on for Sentencing.   ( x ) in custody   ( ) on bond

( )   Court finds defendant GUILTY as to Count(s) _____ after a plea before a USDJ.

( x )   Pre-sentence report reviewed.   ( x ) Objections argued and rulings made.

( x )   Motion for Upward Variance - Argued   ( x ) Government   ( ) Defendant.

   ( x ) Granted   ( ) Denied

( )   Motion for _____ -Argued   ( ) Government   ( ) Defendant.

   ( ) Granted   ( ) Denied

( x )   Evidence presented. (Exhibits listed separately.)

( x )   Argument by counsel.

( x )   Statement by defendant.

## **IMPRISONMENT**

SENTENCE:

   Counts(s) 3ss  The defendant shall be committed to the custody of Bureau of Prisons to be imprisoned for a term of 60 months on Count 3ss.

( x )   The defendant is remanded to the custody of the U.S. Marshal.

( x )   The defendant shall receive credit for time served pursuant to 18 U.S.C. § 3585.

( )   The defendant shall surrender for service of the sentence at the institution designated by the Bureau of Prisons/U.S. Marshal, as directed by the Bureau of Prisons. If the defendant is not notified by the Bureau of Prisons of the institution designated, the defendant shall report to the USM at 600 Granby Street, Norfolk, VA before _____ on _____, to begin service of the sentence.

# SUPERVISED RELEASE

( x ) Upon release from imprisonment, the defendant shall be on Supervised Release for a term of <u>3</u> years on Count 3ss.

( x ) The defendant shall report to the U.S. Probation Office in the district to which the deft. is released within 72 hours of release from custody of the Bureau of Prisons.

( x ) The defendant shall not commit another federal, state or local crime.

( x ) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

( x ) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

( x ) Defendant shall comply with all of the standard conditions of Supervised Release that have been adopted by this court.

**Defendant shall also comply with the following additional conditions:**

1. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid for by the defendant as directed by the probation officer.
2. The defendant shall waive all rights of confidentiality regarding mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.
3. The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems, or any other public or private computer network.
4. The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.
5. The defendant shall not engage in spamming or email bombing.
6. The defendant shall not sell or offer to sell any item on the internet for another person or entity without pre-approval and authorization from the court or probation officer. The includes, but is not limited to, selling items on internet auction sites.
7. During the term of supervision, the defendant shall not possess or utilize any video gaming system, console, or other such device which would enable contact and/or the sharing of data with other individuals known or unknown to the defendant.
8. The defendant shall consent to the use of wi-fi detection devices, to allow the probation officer to detect the presence of wireless signals inside or outside of the defendant's residence.
9. The defendant shall pay restitution in the amount of $1,583.23 as a special condition of supervised release.

## FINANCIAL PENALTIES

( x ) The Court finds the defendant is not capable of paying a fine.

( x ) The defendant shall pay a special assessment of $<u>100.00</u> as to each count. TOTAL: $ <u>100.00</u>

( ) Restitution not imposed in this case.

( ) The defendant shall pay a fine of $_____. Interest waived? ( ) yes ( ) no

( x ) The defendant shall make restitution in the amount of $<u>1,583.23.</u>

   Payable to: <u>A.M. See Restitution Order entered and filed in open court on 2/1/22.</u>

   Interest waived? ( x ) yes ( ) no

( ) Restitution is joint and several with _____

( x ) Restitution is due in full and payable upon the commencement of supervised release. If restitution is not paid in full immediately at that time, the defendant shall pay to the Clerk at least $25 per month or 25% of net income, whichever is greater, beginning 60 days after release from any period of confinement.

( x ) Restitution Order entered and filed in open court.

( ) Consent Order of Forfeiture entered and filed in open court.

## SCHEDULE OF PAYMENTS

**PAYMENT OF THE CRIMINAL MONETARY PENALTIES SHALL BE AS FOLLOWS**:

( x ) The special assessment shall be due in full immediately;

( x ) Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $<u>25.00</u> per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins.

( x ) Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the clerk, United States District Court, except those payments made through the Bureau of Prisons' inmate financial responsibility program.

( x ) The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

## APPEAL RIGHTS/DISMISSAL OF COUNTS/BOP RECOMMENDATIONS

( x ) The defendant notified of right of appeal.

( x ) Court noted that defendant waived right of appeal in plea agreement.

( x ) On motion of government the remaining counts of the indictment, to which the defendant has not pled guilty, are

hereby dismissed: Count(s) 1, 1s, 1ss, 2, 2s, 2ss, 3, 3s, 4, 4s, 4ss, 5, 5s, 5ss, 6, 6s, 6ss, 7ss, 8ss, 9ss, 10ss & 11ss.

( ) The defendant is continued on present bond and cautioned re bail jumping.

( ) The defendant is continued on present bond with the following additional conditions: _____
_____

( x ) The Court recommends/directs that while incarcerated:

1. The defendant shall receive educational and vocational training while incarcerated.
2. The defendant shall participate in mental health treatment while incarcerated.
3. The Court recommends that the defendant be housed in an appropriate BOP facility to address his mental health needs as close to his/her family as possible.

**Comments/Witnesses/Exhibits**: