# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     VIRGINIA - NORFOLK DIVISION

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Brock Brian Beeman | Case Number:  2:20cr56 |

| PRESIDING JUDGE<br>Roderick C. Young | PLAINTIFF'S ATTORNEY<br>Beth Yusi & Randy Stoker, AUSAs | DEFENDANT'S ATTORNEY<br>Brock Beeman, *Pro Se* & Bill Dinkin (standby) |
|---|---|---|
| | COURT REPORTER<br>Jill Trail, OCR | COURTROOM DEPUTY<br>J. Jones |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/1/22 | GOV1 | ADM | **Letter dated 6/24/21 from Mr. Beeman to AUSA Matt Heck** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |