① DEAR FAGGOT:


GOVERNMENT EXHIBIT 1
2:20CR56

ONCE ~~UPON~~ MY RELEASE FROM JAIL I WILL DRIVE TO YOUR OFFICE AND FUCKING KILL YOU!! I WILL THEN DRIVE TO THE NCIS NORFOLK FIELD OFFICE AND FUCKING KILL SPECIAL AGENT NICHOLE HARRIS AND THEN I WILL FUCKING KILL SPECIAL AGENT DAVID DREYER!!! I WILL THEN DRIVE TO OCEANA THE NAVY BASE AND I WILL SNEAK ON THE BASE AND FIND A.M HUSBAND AND FUCKING KILL HIM! I WILL FUCKING KILL A.M'S HUSBAND! ONCE DONE I WILL BLOW UP THE NAVY BASE OCEANA! I WILL BLOW UP ALL OF OCEANA! I WILL THEN DRIVE TO THE WORLD TRADE CENTER IN NORFOLK AND BLOW IT ALL UP! I WILL BLOW UP THE WORLD TRADE CENTER LIKE 9/11 PART 2 BITCH

② 

ONCE COMPLETED I WILL ~~[scribbled]~~
DRIVE TO THE NCIS NORFOLK OFFICE
AND BLOW IT UP! I WILL BLOW UP
THE NCIS OFFICE! ONCE ~~[scribbled]~~ COMPLETED
I WILL RENT A PLANE AND MAKE MANY
BOMBS! AND FLY OVER VIRGINIA AND
BLOW IT UP! I WILL FUCKING BLOW UP
THE WHOLE STATE OF VIRGINIA!
ONCE COMPLETED I WILL DRIVE TO
BRIAN SCUMBAG BEEMAN HOUSE AND
PUT A LOADED GUN TO HIS HEAD AND
PULL THE TRIGGER AND ~~[scribbled]~~ THEN
THEIR WILL BE JUSTICE IN THIS
WORLD AND A 200 POUND WEIGHT WILL
BE LIFTED OFF MY SHOULDERS AND
THE DEMONS WILL BE RELEASED.
I WILL FUCKING KILL BRIAN SCUMBAG
BEEMAN!

(3)

AND SENCE HE WAS NEVER ARRESTED FOR PHYSCIALY, EMOTIONALEY AND SEXULEY ABUSE ING ME THEN WORDS CANT HURT! YOU KNOW FAGGOT WORDS DON'T HURT PEOPLE! I CANT BEAT YOU UP WITH MY WORDS! WORDS CANT PUT YOU IN A HOSPITAL BED AND SEND YOU A BILL! BUT YET IM SETTING IN JAIL FOR A CRIME I DIDNT COMMITT AND I HAVE BEEN WAITING A YEAR TO PROVE MY INNOCENTS AND BECAUSE SOME FUCKING CUNT ALLEDGELY GOT A FUCKING CALL SAYING THEY WANTED TO HARM HER THEY DROPPED WHAT THEIR DOING TO COME ARREST A 11 YEAR OLD BOY! HOW PATHETIC! WHERE WERE YOU COCKSUCKERS

(4)

WHEN MY FATHER WAS KICKING MY ASS EVERY NIGHT AND I CALLED THE NY STATE POLICE AND CHILD PROTECTIVE SERVICES A OVER A MILL FOR FUCKING TIMES BUT HE WAS NEVER ARRESTED BUT YET SOME CUNT GETS A ALLEDGED CALL SAYING THEY WANTED TO HARM HER AND BOY DID THEY COME AND GET ME QUICK AND IT TOOK A EXTRA 3-4 DAYS AND THEY PROBLEY WENT 200 MPG ON THE HIGHWAY JUST TO FUCKING ARREST A 11 YEAR OLD! THEY GOT THE WRONG PERSON I TELL YA! THEY FUCKED UP, THEY FUCKED AND I WILL WIN MY TRIAL 2 DAY TRIAL!

(5)

MY FATHER HAS GAVE ME ~~BROKEN~~ MULTIPLE BLACK EYES, RAPED ME, BROKEN/BLOODY NOSE, RAPED ME, BROKEN MY ARM, MY RIBS, MY HAND, RAPED ME, TORN A ROTATOR CUFF, RAPED ME, HYPEREXTENDED BOTH KNEES, RAPED ME, SEVERELY SPRAINED BOTH ANKLES, RAPED ME, POPPED MY EARDRUM, RAPED ME, TORN OFF MY FINGERNAILS, RAPED ME, STEPPED ON CARPENTER NAILS, RAPED ME, HAD A PLANTERS WART, RAPED ME, PUT A LOADED GUN TO MY HEAD, RAPED ME, DAMAGED CORNAS "EYE SOCKETS", RAPED ME, RUPTURE MY APPENDIX, RAPED ME, BEAT ME UP WITH A CROWBAR, TIRE IRON, WOODEN BASEBALL BAT, RAPED ME, RAPED ME, RAPED ME, RAPED ME, RAPED ME, ETC, ETC

BUT YET HE WAS [NEVER] ARRESTED FOR WHAT HE DID TO ME BUT I'M IN HERE FOR A ALEDGED PHONE CALL AWAY FROM MOMMY AND DADDY ~~DUREING~~ DUREING A PANDEMIC! ARE YOU FUCKING KIDDING ME!! I WAS RAPED ALOT AND NOBODY GIVES A FUCK ABOUT ME! BEFORE I KILL YOU I MIGHT KIDNAP YOU TO FUCKING TOTURE YOU! I'LL REDUCE YOU FROM A KING LION TO A QUIVERING PEASANT MOUSE BITCH! HAHAHA! ALSO YOU HAVE TO SWING THE CHAIR TO THROW IT SO YOU'LL BE IN HELL BEFORE IT LEAVES YOUR HANDS BAD KENT! HAHAHA!!! YOU DON'T KNOW ME

① 

YOU DON'T KNOW WHO YOU'RE DEALING WITH, WHAT THE HELL YOU'RE BRINGING DOWN ON YOUR-SELVES. IF YOU TAKE ONE STEP FARTHER, YOU'RE GOING TO END UP IN A DEEP ROOM, IN A WORLD OF PAIN, TAKEN APART PIECE BY PIECE, THIS IS STUPID, THIS IS IDIOCY, & YOU WILL PAY FOR THIS, YOU'LL BEG FOR DEATH! HISTORY WILL ROLL OVER PIECES OF SHIT LIKE YOU. I AM THE FUTURE, I WILL RE-WRITE HISTORY AND YOU WILL NEVER HAVE EXISTED, USELESS HUMAN DEBRIS!

HAHAHAHAHAHAHA
HAHAHAHAHAHAHA

(8)

SO BEING THE COWARD THAT YOU ARE YOU WILL GO TO THE GRAND JURY FOR INDICTMENT LETS SEE HOW MANY WE CAN GET 3? 4? 10? I THINK IM GOING TO CUT YOUR HEAD OFF WITH A CHAINSAW AND THEN THROW YOUR BODY DOWN A WELL THEN POUR CEMENT DOWN IT AND THEY WILL NEVER FIND YOU AND I WILL MOUNT YOUR HEAD ON MY FIREPLACE! YOU CAN TAKE THAT PLEA AGREEMENT AND STICK IT WHERE THE SUN DO NOT SHINE BECAUSE I AM INNOCENT AND YOU WILL PAY! THEIR IS NOTHING MORE YOU CAN DO TO ME THAT MY FATHER HASENT ALREADY DONE!

I KNOW KNOW WHERE YOU LIVE, I KNOW WHERE YOU AND YOUR BOYFRIEND SLEEP, I ~~SUGGEST~~ ADVISE YOU TO BE VERY CAUTIOUS OF ME! I ALSO KNOW 757-675-7385 YOUR PERSONAL #, 757-449-8123, JILL.KELLEY@NCIS.NAVY.MIL NICHOLE HARRIS AKA JILL KELLEY PERSONAL NUMBER/EMAIL! MAYBE YOU SHOULD THINK WHAT IF THIS WAS A ALLEDGED EMAIL, ALLEDGED TEXT MESSAGE, ALLEDGED TRACFONE CALL AS OPPOSED TO A ALLEDGED LANDLINE CALL! TAKE A SECOND!

# HENCE THE SIGNATURE CRIME BITCH, FAGGOT!

US ATTORNEY'S OFFICE
NORFOLK, VA

2021 JUN 23 AM 9:18

RECEIVED

BROCK, BEEMAN
2402 GODWIN BLVD
SUFFOLK, VA 23434



MATTHEW, HECK
SPECIAL ASSISTANT, U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
101 WEST MAIN STREET
SUITE 8000 WORLD TRADE CENTER
NORFOLK, VA 23510  INDIGENT